UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>VISION CARE OF MAINE, LIMITED LIABILITY COMPANY<br><br>Debtor | Chapter 11<br><br>Case No. 24-10166 |
| VISION CARE OF MAINE, LIMITED LIABILITY COMPANY<br><br>Plaintiff<br><br>v.<br><br>ASD SPECIALTY HEALTHCARE, LLC d/b/a BESSE MEDICAL<br><br>Defendant | Adv. Proc. No. 24-1009 |

**NOTICE OF RESCHEDULED HEARINGS**

NOTICE IS HEREBY GIVEN that the hearing which is set to take place in this matter regarding Pretrial Conference on October 24, 2024 at 1:00 in Bangor has been rescheduled to take place on **October 29, 2024 at 9:00 a.m.**

NOTICE IS HEREBY GIVEN that the hearing which is set to take place in this matter regarding Plaintiff's Motion for Order Extending Automatic Stay to Non-Debtor and/or Granting Preliminary Injunctive Relief in Favor of Plaintiff and Against Defendant on September 19, 2024 at 1:00 in Bangor has been rescheduled to take place on **September 18, 2024 at 9:00 a.m.**

The rescheduled hearings will take place at the U.S. Bankruptcy Court, 537 Congress Street, Portland, Maine.

Date:  August 23, 2024

MONICA BIGLEY
Clerk of Court

By:   /s/ Mary-Ellen Paione
Case Administrator