UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>VISION CARE OF MAINE, LIMITED LIABILITY COMPANY<br><br>      Debtor | Chapter 11<br><br>Case No. 24-10166 |
| VISION CARE OF MAINE, LIMITED LIABILITY COMPANY<br><br>      Plaintiff<br><br>  v.<br><br>ASD SPECIALTY HEALTHCARE, LLC d/b/a BESSE MEDICAL<br><br>      Defendant | Adv. Proc. No. 24-1009 |

## NOTICE OF RESCHEDULED HEARINGS

NOTICE IS HEREBY GIVEN that the hearing which is set to take place in this matter regarding Pretrial Conference on October 24, 2024 at 1:00 in Bangor has been rescheduled to take place on **October 29, 2024 at 9:00 a.m.**

NOTICE IS HEREBY GIVEN that the hearing which is set to take place in this matter regarding Plaintiff's Motion for Order Extending Automatic Stay to Non-Debtor and/or Granting Preliminary Injunctive Relief in Favor of Plaintiff and Against Defendant on September 19, 2024 at 1:00 in Bangor has been rescheduled to take place on **September 18, 2024 at 9:00 a.m.**

The rescheduled hearings will take place at the U.S. Bankruptcy Court, 537 Congress Street, Portland, Maine.

Date: August 23, 2024

                                              MONICA BIGLEY
                                              Clerk of Court

                                              By:   /s/ Mary-Ellen Paione
                                                      Case Administrator

United States Bankruptcy Court
District of Maine

Vision Care of Maine, Limited Liability,
   Plaintiff

Adv. Proc. No. 24-01009-pgc

ASD Specialty Healthcare, LLC d/b/a Bess,
   Defendant

## CERTIFICATE OF NOTICE

District/off: 0100-1     User: admin     Page 1 of 2
Date Rcvd: Aug 23, 2024     Form ID: pdf901     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Vision Care of Maine, Limited Liability Company, 1 Ridgewood Drive, Bangor, ME 04401-2652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPREGION01.PO.ECF@USDOJ.GOV | Aug 23 2024 20:02:16 | Office of U.S. Trustee, 537 Congress Street, Suite 300, Portland, ME 04101-3490 |
| ust | + Email/Text: USTPREGION01.PO.ECF@USDOJ.GOV | Aug 23 2024 20:02:16 | Office of the U.S. Trustee, 537 Congress Street, Portland, ME 04101-3490 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

**Name**     **Email Address**

Adam R. Prescott, Esq.
    on behalf of Defendant ASD Specialty Healthcare LLC d/b/a Besse Medical aprescott@bernsteinshur.com, astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;sbaker@bernsteinshur.com

David C. Johnson, Esq.

| District/off: 0100-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Aug 23, 2024 | Form ID: pdf901 | Total Noticed: 3 |

on behalf of Plaintiff Vision Care of Maine  Limited Liability Company bankruptcy@marcusclegg.com, dcj@marcusclegg.com;mmm@marcusclegg.com

TOTAL: 2